**Evelyn L. MIDDLETON,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America;**
**Department of Treasury,**
**Defendants–Appellees.**

No. 10–1978.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 25, 2011.

Evelyn L. Middleton, Appellant Pro Se. Susan Lynn Watt, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn Middleton appeals the district court's order dismissing her 28 U.S.C. § 2042 (2006) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Middleton v. United States*, No. 4:10–cv–00088–JBF–FBS (E.D.Va. Aug. 19, 2010). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*